# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JULIE AMADORE, MICHAEL
EHLERS, AND TYLER AMADORE

NO. 2020 CW 0006

VERSUS

UNITED BUILT HOMES, L.L.C.
AND BANKERS SPECIALTY
INSURANCE COMPANY

**MAR** 1 3 2020

---

In Re: Bankers Specialty Insurance Company, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 134467.

---

BEFORE: **McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT